IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-cv-429

| | |
|---|---|
| MARGIE GAIL DURKEE; MICHAEL EARL DURKEE; JACKIE NEWTON, Guardian ad Litem on behalf of C.D., a minor; BARNEY DURKEE; BARBARA DURKEE; TIMOTHY CABLE, Guardian ad Litem on behalf of D.B., a minor, CAMELIA BUCHANAN and KENNETH BUCHANAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>C.H. ROBINSON WORLDWIDE, INC., C.H. ROBINSON COMPANY; N&W HOLDINGS, LLC; PEOPLEASE CORPORATION; CORETRANS, LLC; DOMTAR PAPER COMPANY, LLC, d/b/a DONTAR CORPORATION; DOMTAR INDUSTRIES, INC.; DOMTAR, INC.; DOMTAR CORPORATION, WHITAKER GROUP, II, LLC.,<br><br>    Defendants. | ORDER<br>IN FILE 1:09 cv 449<br>WHICH WAS MERGED INTO<br>1:08 cv 429<br><br>ORDER ALLOWING MOTION<br>TO SUBSTITUTE GUARDIAN AD LITEM<br>ON BEHALF OF D.B., A MINOR |

**THIS MATTER** is before the Court pursuant to a motion filed by counsel for D.B., a minor, requesting that the Court substitute the guardian ad litem for the minor child D.B. from Timothy Cable to Shirlie Buchanan as guardian ad litem for the minor child D.B. It appearing from the motion that good cause has been shown for the

granting of such motion and that Shirlie Buchanan is a fit and suitable person to act as guardian ad litem for D.B., a minor.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the motion entitled "Motion to Substitute Guardian Ad Litem" (#114) is hereby **ALLOWED** and Shirlie Buchanan is hereby substituted as guardian ad litem for the minor child D.B. in place and stead of the former guardian Timothy Cable.

Signed: March 7, 2012

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge